ACCEPTED
04-14-00564-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/12/2015 10:35:40 AM
KEITH HOTTLE
CLERK

## NO. 04-14-00564-CV

IN THE COURT OF APPEALS
FOURTH DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/12/2015 10:35:40 AM
KEITH E. HOTTLE
Clerk

IN THE ESTATE OF WADE R. BEDELL, JR., DECEASED

## NOTICE OF APPEARANCE OF CO-COUNSEL
## FOR APPELLEE ROBYN ZALEWA

The undersigned attorney, Robinson C. Ramsey (State Bar No. 16523700), LANGLEY & BANACK, INC., Trinity Plaza II, Suite 900, 745 E. Mulberry, San Antonio, Texas 78212, telephone number (210) 736-6600, fax number (210) 735-6889; email rramsey@langleybanack.com, files his notice of appearance as co-counsel with James W. Carter IV (State Bar No. 24006333), LANGLEY & BANACK, INC., Trinity Plaza II, Suite 900, 745 E. Mulberry, San Antonio, Texas 78212, telephone number (210) 736-6600, fax number (210) 735-6889; email jcarter@langleybanack.com, for Appellee Robyn Zalewa in the above entitled and numbered cause.

Respectfully submitted,

/s/ *Robinson C. Ramsey*
ROBINSON C. RAMSEY
State Bar No. 16523700
Email: rramsey@langleybanack.com
JAMES W. CARTER, IV
State Bar No. 24006333
Email: jcarter@langleybanack.com

1

LANGLEY & BANACK, INC.
Trinity Plaza II, Suite 900
745 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone:  210. 736.6600
Telecopier:  210. 735.6889

ATTORNEYS FOR APPELLEE
ROBYN ZALEWA

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was served upon the following counsel for Appellant:

John D. Wennermark
State Bar No. 21177000
Email: johnwennermark@hotmail.com
1924 N. Main Avenue
San Antonio, Texas  78212
Telephone: 210.226.6262
Telecopier: 210.225.1351

on this 12th day of February, 2015.

/s/ *Robinson C. Ramsey*
ROBINSON C. RAMSEY